**Robert L. FERRARA, Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 05–1002.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 7, 2005.

Decided Sept. 13, 2005.

■

John R. Osgood, Lee's Summit, MO, for Appellant.

Robert L. Ferrara, Waseca, MN, Pro Se.

Amy Goldfrank, U.S. Department of Justice, Office of Consumer Litigation, Washington, DC, for Appellee.

Before MELLOY, MAGILL, and GRUENDER, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Robert Ferrara appeals the district court's[1] judgment denying his 28 U.S.C. § 2255 motion to vacate his sentence. The sole issue presented—whether *United*

---

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

States v. Booker, —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), is retroactively applicable to final convictions on collateral review—has been resolved, and Ferrara's section 2255 motion is foreclosed. *See Never Misses A Shot v. United States,* 413 F.3d 781, 783–84 (8th Cir.2005) (per curiam). Accordingly, we affirm. *See* 8th Cir. R. 47B.